IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 00-cv-02126-MSK-BNB

ROBERT C. HORTON and
JOAN V. MOLLOHAN, Individually and as class representatives, and
BARBARA BANEN,
SHERYL COX-GILLIS,
ALEX GARCIA,
ERLEEN GARCIA,
GARY GREBB,
J. DOUGLAS VAUGHN-HARRIS,
KATHLEEN HART,
WILLIE JACKSON,
THEODORE KOSMICKI,
CHARLES MARCHINONDO,
GREG MCALLISTER,
FRANK MCLAUGHLIN,
LEONARD MOSLEY,
JULIAN ORTIZ,
GEOFFREY PETERSON,
DAVID RECTOR,
GILBERT RIOS,
THOMAS ROGERS,
JUANITA TRANCOSO,
BRUCE WHEELOCK,
SUZANNE WILSON,
KIRBY YORK, and
COOLIDGE EVERGREEN EQUITIES, LLC

                Plaintiffs,

v.

UNITED STATES OF AMERICA,

                Defendants.

*Consolidated for purposes of discovery and trial with:*

Case No. 99-cv-00864-MSK-BNB

ROBERT H. HOERY,

    Plaintiff,

v.

UNITES STATES OF AMERICA,

    Defendant.

---

## ORDER DISMISSING ACTION
---

**THIS MATTER** comes before the Court pursuant to the Plaintiffs' Motion to Dismiss (**# 335**).  The parties represent that the action has been settled.  Accordingly, the Motion to Dismiss is **GRANTED**, and both cases in this action, namely Case No. 00-cv-02126-MSK-BNB and Case No. 99-cv-00864-MSK-BNB, are **DISMISSED** with prejudice, each side to bear their own costs and fees.  The Clerk of the Court is directed to close both cases.

    Dated this 12th day of July, 2005

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge