IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 00-cv-02126-MSK-BNB

ROBERT C. HORTON and
JOAN V. MOLLOHAN, Individually and as class representatives, and
BARBARA BANEN,
SHERYL COX-GILLIS,
ALEX GARCIA,
ERLEEN GARCIA,
GARY GREBB,
J. DOUGLAS VAUGHN-HARRIS,
KATHLEEN HART,
WILLIE JACKSON,
THEODORE KOSMICKI,
CHARLES MARCHINONDO,
GREG MCALLISTER,
FRANK MCLAUGHLIN,
LEONARD MOSLEY,
JULIAN ORTIZ,
GEOFFREY PETERSON,
DAVID RECTOR,
GILBERT RIOS,
THOMAS ROGERS,
JUANITA TRANCOSO,
BRUCE WHEELOCK,
SUZANNE WILSON,
KIRBY YORK, and
COOLIDGE EVERGREEN EQUITIES, LLC

                    Plaintiffs,

v.

UNITED STATES OF AMERICA,

                    Defendants.

*Consolidated for purposes of discovery and trial with:*

Case No. 99-cv-00864-MSK-BNB

ROBERT H. HOERY,

Plaintiff,

v.

UNITES STATES OF AMERICA,

Defendant.

**ORDER REGARDING COMPLIANCE WITH RULES**

THIS MATTER comes before the Court on the Motion to Reopen Case for the Limited Purpose of Ruling on Motion for Substitution of Party **(#341)** filed October 27, 2005, by Plaintiffs. A review of the Motion indicates that Plaintiffs have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, an adequate D.C.COLO.LCivR 7.1(A).

In addition, Plaintiffs did not submit a proposed order in WordPerfect or Microsoft Word format to chambers by electronic mail. An act required by D.C. Colo. ECF Proc. V.L.2.

Accordingly, the Motion is **DENIED** without prejudice.

DATED this 27th day of October, 2005.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge