IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 00-cv-02126-MSK-BNB

ROBERT C. HORTON and
JOAN V. MOLLOHAN, Individually and as class representatives, and
BARBARA BANEN,
SHERYL COX-GILLIS,
ALEX GARCIA,
ERLEEN GARCIA,
GARY GREBB,
J. DOUGLAS VAUGHN-HARRIS,
KATHLEEN HART,
WILLIE JACKSON,
THEODORE KOSMICKI,
CHARLES MARCHINONDO,
GREG MCALLISTER,
FRANK MCLAUGHLIN,
LEONARD MOSLEY,
JULIAN ORTIZ,
GEOFFREY PETERSON,
DAVID RECTOR,
GILBERT RIOS,
THOMAS ROGERS,
JUANITA TRANCOSO,
BRUCE WHEELOCK,
SUZANNE WILSON,
KIRBY YORK, and
COOLIDGE EVERGREEN EQUITIES, LLC

                    Plaintiffs,

v.

UNITED STATES OF AMERICA,

                    Defendants.

*Consolidated for purposes of discovery and trial with:*

Case No. 99-cv-00864-MSK-BNB

ROBERT H. HOERY,

Plaintiff,

v.

UNITES STATES OF AMERICA,

Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION TO REOPEN CASE FOR THE LIMITED PURPOSE OF RULING ON MOTION FOR SUBSTITUTION OF PARTY**
_____

THIS MATTER is before the Court on Plaintiffs' Motion To Reopen Case for the Limited Purpose of Ruling on Motion to Substitute Party **(#343)**.

IT IS HEREBY **ORDERED** that Motion is **GRANTED** and this action is hereby reopened for the sole and limited purpose of substituting a party.  This case shall again be closed upon the Court's ruling on the September 9, 2005 Motion to Substitute Party.

DATED this 1st day of November, 2005.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge