**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 00-cv-02126-MSK-BNB

ROBERT C. HORTON, JOAN MULLOHAN,
BARBARA BANEN, SHERYL COX-GILLIS,
ERLEEN GARCIA, GERRY GREBB,
KATHLEEN HART, WILLIE JACKSON,
THEODORE KOSMICKI, CHARLES MARCHIONDO,
GREG MCALLISTER, FRANK MCLAUGHLIN,
LEONARD MOSLEY, JULIAN ORTIZ,
GEOFFREY PETERSON, DAVID RECTOR,
GILBERT RIOS, THOMAS ROGERS,
 JUANITA TRANCOSO, BRUCE WHEELOCK,
SUZANNE WILSON, KIRBY YORK,
COOLIDGE EVERGREEN EQUITIES, LLC, individually,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

*Consolidated for purposes of trial with :*

Case No. 99-MK-864 (BNB)

ROBERT H. HOERY,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

---

**ORDER**

---

THE COURT, having reviewed Plaintiffs' Motion for Substitution of Party **(#346)** and having reviewed the file, and being fully advised,

IT IS HEREBY ORDERED that Plaintiffs' motion is Granted and the Estate of Joan Mollohan by Patricia Taylor, Personal Representative, is substituted in this matter for the deceased Plaintiff Joan Mollohan and the case is closed.

DATED this 14th day of November, 2005.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge